# Order

Michigan Supreme Court
Lansing, Michigan

June 5, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

157762

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

       SC: 157762
       COA: 336332
       Wayne CC: 16-006549-FC

DERRIN TOREY ABBOTT,
       Defendant-Appellant.

_____/

      By order of December 4, 2018, the prosecuting attorney was directed to answer the application for leave to appeal the April 12, 2018 judgment of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals to address whether Offense Variable 12 (OV 12), MCL 777.42 was properly scored. In making this determination, the Court of Appeals shall consider whether the defendant committed three or more felonious criminal acts within 24 hours of the sentencing offense and whether the predicate offenses for the defendant's conviction of conducting a criminal enterprise constitute "the sentencing offense" or can be considered as contemporaneous felonious criminal acts for the purpose of scoring OV 12. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 5, 2019



s0529

Clerk